# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SALANT, an individual | Case No: C 12-04836 PSG |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| v. | |
| CRA INTERNATIONAL, INC., | |
| Defendant(s). | |

I, Kenneth Bello, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CRA INTERNTIONAL, INC. in the above-entitled action. My local co-counsel in this case is Curt Graham and Robert Orozco, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 699 Boylston Street, 10th Floor<br>Boston, MA 02116 | 350 S. Grand Ave., #2300<br>Los Angeles, CA 90071 |
| My Telephone # of Record:<br>(617) 247-4100 | Local Co-Counsel's Telephone # of Record:<br>(213) 237-2400 |
| My Email Address of Record:<br>kbello@belloblack.com | Local Co-Counsel's Email Address of Record:<br>cgraham@fordharrison.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 036630.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 9/10/12

APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kenneth Bello is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

Paul S. Grewal
United States Magistrate Judge