UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SALANT, an individual

    Plaintiff(s),

v.

CRA INTERNATIONAL, INC.,

    Defendant(s).

Case No: C 12-04836 PSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kenneth Bello, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CRA INTERNTIONAL, INC. in the above-entitled action. My local co-counsel in this case is Curt Graham and Robert Orozco, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 699 Boylston Street, 10th Floor<br>Boston, MA 02116 | 350 S. Grand Ave., #2300<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(617) 247-4100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 237-2400 |
| MY EMAIL ADDRESS OF RECORD:<br>kbello@belloblack.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cgraham@fordharrison.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 036630.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 9/10/12

                                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kenneth Bello is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                              Paul S. Grewal
                              United States Magistrate Judge

# PROOF OF SERVICE

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On September 19, 2012, I served a copy of the within document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

☐ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed Norco Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Norco agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Noah D. Lebowitz, Esq.  
Duckworth Peters Lebowitz Olivier LLP  
100 Bush Street, Suite 1800  
San Francisco, CA 94104  
Telephone: (415) 433-0333  
Facsimile: (415) 449-6556  
E-mail: noah@dplolaw.com

Attorneys for Plaintiff:

☐ *Registered participants of ECF*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 19, 2012, at Los Angeles, California.

*Mary Garner*  
―――――――――――――――  
Mary Garner

FORD & HARRISON LLP  
ATTORNEYS AT LAW  
LOS ANGELES

LA:129293.1

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE  
CV12-04836 PSG