1  Curtis A. Graham, Bar No. 215745
   Robert A. Orozco, Bar No. 201532
2  Kevin D. Sullivan, Bar No. 270343
   FORD & HARRISON LLP
3  350 South Grand Avenue, Suite 2300
   Los Angeles, CA  90071
4  Telephone:      (213) 237-2400
   Facsimile:      (213) 237-2401
5  E-mail:    cgraham@fordharrison.com
              rorozco@fordharrison.com
6             ksullivan@fordharrison.com

7  Kenneth Bello, Bar No. 036630
   BELLO BLACK & WELSH LLP
8  699 Boylston Street, 10th Floor
   Boston, MA 02116
9  Telephone:      (617) 247-4100
   Facsimile: (617) 247-4125
10 E-mail:    kbello@belloblack.com
   Appearance *Pro Hac Vice*
11
   Attorneys for Defendant
12 CRA INTERNATIONAL, INC.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | DAVID SALANT, an individual,          | Case No.  CV12-04836 PSG
17 |                  Plaintiff,           |
                                           | **DECLINATION TO PROCEED BEFORE A
18 | v.                                    | MAGISTRATE JUDGE**
19 | CRA INTERNATIONAL, INC., a            | AND
   | Massachusetts Corporation, and DOES 1 |
20 | through 10, inclusive,                | **REQUEST FOR REASSIGNMENT TO A
                                           | UNITED STATES DISTRICT JUDGE**
21 |                  Defendants.          |
22
23                                           Complaint filed:  August 15, 2012

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:131061.1

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE; REQUEST FOR
REASSIGNMENT CV12-04836 PSG

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

October 16, 2012

Respectfully submitted,

FORD & HARRISON LLP

By: _____
Curtis A. Graham
Robert A. Orozco
Kevin D. Sullivan
Attorneys for Defendant CRA INTERNATIONAL, INC.

# PROOF OF SERVICE

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On October 16, 2012, I served a copy of the within document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed Norco Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Norco agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Noah D. Lebowitz, Esq.<br>Duckworth Peters Lebowitz Olivier LLP<br>100 Bush Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 433-0333<br>Facsimile: (415) 449-6556<br>E-mail: noah@dplolaw.com | Attorneys for Plaintiff:<br><br>☐ ***Registered participants of ECF*** |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 16, 2012, at Los Angeles, California.

*/s/ Mary Garner*
Mary Garner

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:131061.1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT CV12-04836 PSG