1   Curtis A. Graham, Bar No. 215745
    Robert A. Orozco, Bar No. 201532
2   Kevin D. Sullivan, Bar No. 270343
    FORD & HARRISON LLP
3   350 South Grand Avenue, Suite 2300
    Los Angeles, CA  90071
4   Telephone:  (213) 237-2400
    Facsimile:   (213) 237-2401
5   E-mail:  cgraham@fordharrison.com
             rorozco@fordharrison.com
6             ksullivan@fordharrison.com

7   Kenneth Bello, Bar No. 036630
    BELLO BLACK & WELSH LLP
8   699 Boylston Street, 10th Floor
    Boston, MA 02116
9   Telephone:  (617) 247-4100
    Facsimile:  (617) 247-4125
10  E-mail:  kbello@belloblack.com
    Appearance *Pro Hac Vice*

11
    Attorneys for Defendant
12  CRA INTERNATIONAL, INC.

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16  DAVID SALANT, an individual,          Case No.  CV12-04836 PJH

17              Plaintiff,

                                          **JOINT STIPULATION AND
18  v.                                    [PROPOSED] ORDER DISMISSING
                                          CASE WITH PREJUDICE**
19  CRA INTERNATIONAL, INC., a
    Massachusetts Corporation, and
20  DOES 1 through 10, inclusive,

21              Defendants.               Complaint filed:  August 15, 2012
                                          CMC:              February 14, 2013
22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:136302.1

1                          **JOINT STIPULATION**

2          THE PARTIES TO THIS ACTION HEREBY JOINTLY STIPULATE,

3   through their designated counsel, for the above-captioned action to be dismissed

4   with prejudice pursuant to FRCP 41(a)(1)(A)(ii) in its entirety, and with each party

5   to bear his/its own attorneys' fees and costs.

6          IT IS SO STIPULATED.

7

8   Dated:  February 8, 2013          Respectfully submitted,

9                              DUCKWORTH PETERS LEBOWITZ
                           OLIVIER LLP

10

11                              By:   s/ Noah D. Lebowitz[1]

12                                 Noah D. Lebowitz
                              Attorneys for Plaintiff
                              DAVID SALANT

13

14   Dated:  February 8, 2013          Respectfully submitted,

15                              FORD & HARRISON LLP

16

17                              By:   s/ Kevin D. Sullivan

18                                 Curtis A. Graham
                              Robert A. Orozco

19                                 Kevin D. Sullivan
                              Attorneys for Defendant

20                                 CRA INTERNATIONAL, INC.

21                     **[PROPOSED] ORDER**

22          Upon the Joint Stipulation of the Parties, and good cause appearing,

23   IT IS HEREBY ORDERED that the above-entitled action is dismissed with

24   prejudice.  Each party shall bear his/its own attorneys' fees and costs.

25

26   Dated: 2/11/13

27                          UNITED STATES DISTRICT JUDGE

28

[1] Plaintiff's counsel, Noah D. Lebowitz, has authorized filing this joint stipulation on his behalf.

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:136302.1             - 2 -             JOINT STIPULATION AND [PROPOSED] ORDER
                                        DISMISSING CASE WITH PREJUDICE

**PROOF OF SERVICE**

I, Carolina Martis, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On February 8, 2013, I served a copy of the within document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

☒　ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐　by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐　by placing the document(s) listed above in a sealed Norco Overnite Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Norco agent for delivery.

☐　by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Noah D. Lebowitz, Esq.
Duckworth Peters Lebowitz Olivier LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplolaw.com

Attorneys for Plaintiff:

☒ *Registered participants of ECF*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 8, 2013, at Los Angeles, California.

*Carolina Martis*

Carolina Martis

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:136302.1